UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **LARRY TUBBS, ET AL.** | **CIV. ACTION NO. 3:21-03268** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **AGSPRING MISSISSIPPI REGION, L. L. C., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 53] having been considered, together with the Objection [Doc. No. 54] filed by Defendants on April 18, 2022, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation 1is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' motion to abstain and for remand, plus associated request for costs, expenses, and fees [Doc. No. 2], is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants' motions to transfer venue [Doc. Nos. 6 & 9] are **GRANTED,** and this matter is hereby **TRANSFERRED** to the United States District Court for the District of Delaware for referral to the District of Delaware Bankruptcy Court.  28 U.S.C. " 1404(a) and/or 1412.

Monroe, Louisiana, this 19th day of April 2022.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE