IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY TUBBS, TUBBS RICE DRYERS, INC., CHIEF VENTURES L.L.C., and BIG RIVER GRAIN, LLC,<br><br>       Plaintiffs,<br><br>       v.<br><br>AGSPRING MISSISSIPPI REGION, LLC, AGSPRING, LLC, AGSPRING HOLDCO, LLC, GREG KENNEDY, MARK BEEMER, PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC, BARINGS LLC, BRUCE CHAPIN, ABC INSURANCE COMPANY, and XYZ INSURANCE COMPANY<br><br>       Defendants. | Civil Action No. 22-cv-00503-RGA |

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as counsel for defendant Pacific Investment Management Company, LLC and demand that all notices given in the above-captioned civil action and all papers served or required to be served in the above-captioned civil action, be given to and served upon the undersigned attorneys, at the addresses set forth below:

Jason M. Madron
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: Madron@rlf.com

Ben E. Shook
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-1000
Facsimile: (704) 378-1989
E-mail: benshook@mvalaw.com

RLF1 20748804v.1

| | |
|---|---|
| Dated: May 13, 2022 | **RICHARDS, LAYTON & FINGER, P.A.** |

                                                  */s/ Jason M. Madron*
Jason M. Madron (No. 4431)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and -

**MOORE & VAN ALLEN PLLC**
Ben E. Shook
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-1000
Facsimile: (704) 378-1989

*Counsel to Pacific Investment Management Company, LLC*