IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY TUBBS, TUBBS RICE DRYERS, INC., CHIEF VENTURES, L.L.C., and BIG RIVER GRAIN, <br><br> Plaintiffs, <br><br> v. <br><br> AGSPRING MISSISSIPPI REGION, LLC, AGSPRING, LLC, AGSPRING HOLDCO, LLC, GREG KENNEDY, MARK BEEMER, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, BARINGS LLC, BRUCE CHAPIN, ABC INSURANCE COMPANY, and XYZ INSURANCE COMPANY, <br><br> Defendants. | C.A. No. 1:22-cv-00503-RGA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the *Order Granting Debtors' Motion for Approval of Global Settlement and Resolution by and Between the Agspring Parties and the Tubbs Parties Pursuant to Bankruptcy Rule 9019 and Bankruptcy Code Sections 363 and 105(a)* entered on May 10, 2022 in the bankruptcy case pending before The Honorable Craig T. Goldblatt in the Bankruptcy Court for the District of Delaware captioned In re Agspring Mississippi Region, LLC, *et al.*, Bankr. D. Del. Case No. 21-11238 (CTG) [D.I. 385], it is hereby stipulated and agreed, that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

1

Dated: May 16, 2022

| | |
|---|---|
| CROSS & SIMON, LLC | FAEGRE DRINKER BIDDLE & REATH LLP |
| /s/ Christopher P. Simon<br>Michael L. Vild (No. 3042)<br>Christopher P. Simon (No. 3697)<br>1105 N. Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: 302-777-4200<br>mvild@crosslaw.com<br>csimon@crosslaw.com | /s/ Jaclyn C. Marasco<br>Jaclyn C. Marasco (No. 6477)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 467-4200<br>jaclyn.marasco@faegredrinker.com |
| - and - | - and - |
| J. E. Cullens, Jr., T.A. (La. Bar #23011)<br>Andrée Matherne Cullens (La. Bar #23212)<br>WALTERS, PAPILLION,<br>THOMAS, CULLENS, LLC<br>12345 Perkins Road, Building One<br>Baton Rouge, LA 70810<br>Telephone:  225-236-3636<br>cullens@lawbr.net<br>acullens@lawbr.net | Mike T. Gustafson, Esquire<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>320 South Canal Street<br>Suite 3300<br>Chicago, Illinois 60606<br>Telephone: 312-356-5043<br>mike.gustafson@faegredrinker.com |
| -and- | - and - |
| Paul M. Sterbcow (La. Bar #17817)<br>LEWIS, KULLMAN, STERBCOW<br>& ABRAMSON, LLC<br>2615 Pan American Life Center<br>601 Poydras Street<br>New Orleans, LA 70130<br>Telephone: 504-588-9722<br>sterbcow@lksalaw.com | Jeffrey K. Coreil, Esquire<br>Cliff A. LaCour, Esquire<br>NEUNERPATE<br>1001 West Pinhook Road, Suite 200<br>Lafayette, LA 70503<br>Phone: (337) 237-7000<br>JCoreil@NeunerPate.com<br>CLaCour@NeunerPate.com |
| *Counsel for Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC* | *Attorneys For Agspring Mississippi Region LLC, Agspring, LLC, Agspring Holdco, LLC, Bruce Chapin, & Mark Beemer* |

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | MCGUIREWOODS LLP |
| */s/ Jason M. Madron* | */s/ Shawn R. Fox* |
| Jason M. Madron (No. 4431) | Shawn R. Fox, Esquire |
| One Rodney Square | 1251 Avenue of the Americas |
| 920 North King Street | 20th Floor |
| Wilmington, DE 19801 | New York, NY 10020-1104 |
| Telephone: (302) 651-7700 | Telephone:  212-548-2165 |
| madron@rlf.com | sfox@mcguirewoods.com |
| | |
| -and - | *Counsel for Barings LLC* |
| | |
| MOORE & VAN ALLEN PLLC | |
| Ben E. Shook, Esquire | |
| 100 North Tryon Street, Suite 4700 | |
| Charlotte, NC 28202-4003 | |
| Telephone: (704) 331-1000 | |

*Attorneys for Defendant Pacific Investment Management Co. LLC*

3