## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY TUBBS, TUBBS RICE DRYERS, INC., CHIEF VENTURES, L.L.C., and BIG RIVER GRAIN, <br><br> Plaintiffs, <br><br> v. <br><br> AGSPRING MISSISSIPPI REGION, LLC, AGSPRING, LLC, AGSPRING HOLDCO, LLC, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, and BARINGS LLC, <br><br> Defendants. | C.A. No. 1:22-cv-00503-RGA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, on September 30, 2019, Plaintiffs Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC filed a lawsuit in the Sixth Judicial District Court for the Parish of Madison, State of Louisiana, Case No. 19-198 against Defendants Agspring Mississippi Region, LLC, Agspring, LLC, Agspring Holdco, LLC, Greg Kennedy, Mark Beemer, Pacific Investment Management Company, LLC, Barings LLC, Bruce Chapin, "ABC Insurance Company," and "XYZ Insurance Company" (the "Louisiana Action"); and

WHEREAS, on December 9, 2019, Plaintiffs filed a First Amended Petition in the Louisiana Action naming American Infrastructure MLP II IP Feeder LP, American Infrastructure MLP Management II, L.L.C., American Infrastructure MLP PE Management, L.L.C., American Infrastructure MLP Yield Management, L.L.C. and American Infrastructure MLP Funds, L.P. (collectively, the "AIM Defendants") as additional defendants; and

1

WHEREAS by Order of the Sixth Judicial District Court for the Parish of Madison, State of Louisiana dated December 11, 2020 Plaintiffs' claims against the AIM Defendants only were dismissed; and

WHEREAS, by Order of the Sixth Judicial District Court for the Parish of Madison, State of Louisiana dated June 23, 2002, the Plaintiffs dismissed with prejudice all claims against individual defendants Greg Kennedy, Mark Beemer and Bruce Chapin; and

WHEREAS on September 10, 2021, Agspring Holdco, LLC, Lake Providence Rice and Grain, LLC, and Agspring Mississippi Region, LLC filed a notice of removal, seeking to remove the Louisiana Action from the Sixth Judicial District Court, Parish of Madison, State of Louisiana to the United States District Court for the Western District of Louisiana; and

WHEREAS, on April 20, 2022, the United States District Court for the Western District of Louisiana transferred the Louisiana Action to the United States District Court for the District of Delaware; and

WHEREAS, pursuant to the *Order Granting Debtors' Motion for Approval of Global Settlement and Resolution by and Between the Agspring Parties and the Tubbs Parties Pursuant to Bankruptcy Rule 9019 and Bankruptcy Code Sections 363 and 105(a)* entered on May 10, 2022 in the bankruptcy case pending before The Honorable Craig T. Goldblatt in the Bankruptcy Court for the District of Delaware captioned *In re Agspring Mississippi Region, LLC*, *et al*., Bankr. D. Del. Case No. 21-11238 (CTG) [D.I. 385], the undersigned counsel who have entered appearances for the remaining parties in the Louisiana Action[1] seek to dismiss the above-captioned civil action (this "Action") with prejudice.

---

[1] "ABC Insurance Company" and "XYZ Insurance Company" were never served, and have never entered appearances in the Louisiana Action.

NOW THEREFORE, it is hereby stipulated and agreed, that this Action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

Dated: May 17, 2022

CROSS & SIMON, LLC

*/s/ Christopher P. Simon*
Michael L. Vild (No. 3042)
Christopher P. Simon (No. 3697)
1105 N. Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: 302-777-4200
mvild@crosslaw.com
csimon@crosslaw.com

- and -

J. E. Cullens, Jr., T.A. (La. Bar #23011)
Andrée Matherne Cullens (La. Bar #23212)
WALTERS, PAPILLION,
THOMAS, CULLENS, LLC
12345 Perkins Road, Building One
Baton Rouge, LA 70810
Telephone:  225-236-3636
cullens@lawbr.net
acullens@lawbr.net

-and-

Paul M. Sterbcow (La. Bar #17817)
LEWIS, KULLMAN, STERBCOW
& ABRAMSON, LLC
2615 Pan American Life Center
601 Poydras Street
New Orleans, LA 70130
Telephone: 504-588-9722
sterbcow@lksalaw.com

*Counsel for Larry Tubbs, Tubbs Rice Dryers,*
*Inc., Chief Ventures, L.L.C. and Big River*
*Grain, LLC*

FAEGRE DRINKER BIDDLE &
REATH LLP

*/s/ Jaclyn C. Marasco*
Jaclyn C. Marasco (No. 6477)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
jaclyn.marasco@faegredrinker.com

Mike T. Gustafson, Esquire
FAEGRE DRINKER BIDDLE &
REATH LLP
320 South Canal Street
Suite 3300
Chicago, Illinois 60606
Telephone: 312-356-5043
mike.gustafson@faegredrinker.com

- and -

Jeffrey K. Coreil, Esquire
Cliff A. LaCour, Esquire
NEUNERPATE
1001 West Pinhook Road, Suite 200
Lafayette, LA 70503
Phone: (337) 237-7000
JCoreil@NeunerPate.com
CLaCour@NeunerPate.com

*Attorneys For Agspring Mississippi Region*
*LLC, Agspring, LLC, Agspring Holdco, LLC,*
*and Lake Providence Grain and Rice, LLC*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Jason M. Madron
Jason M. Madron (No. 4431)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
madron@rlf.com

-and -

MOORE & VAN ALLEN PLLC
Ben E. Shook, Esquire
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-1000

*Attorneys for Defendant Pacific Investment*
*Management Co. LLC*

MCGUIREWOODS LLP

/s/ Shawn R. Fox
Shawn R. Fox, Esquire
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Telephone:  212-548-2165
sfox@mcguirewoods.com

*Counsel for Barings LLC*

SO ORDERED this 17th  day of May, 2022

/s/ Richard G. Andrews
United States District Judge

4